# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR294 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FRANCISCO ROBLES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on motion of defendant Francisco Robles (Robles) for pretrial release (Filing No. 39). The court held a hearing on the motion on January 4, 2006. During the hearing, the court heard the testimony of Robles, *inter alia*. Robles testified he was not convicted of a drug offense in Iowa in late 2004. Follow-up investigation by Pretrial Services demonstrates that Robles was in fact convicted on December 7, 2004, in Pottawattamie County, Iowa, of the possession of methamphetamine and sentenced to thirty days of jail (suspended) with unsupervised probation for 365 days.

Given the nature of the charge in the Indictment and Robles' travels to Mexico, Robles' denial of a portion of his criminal record does not convince the court that Robles' would adhere to conditions of release if released. Accordingly, Robles' motion for pretrial release (Filing No. 39) is denied.

**IT IS SO ORDERED.**

DATED this 6th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge