IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR294 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO ROBLES and | ) | ORDER |
| LYNN C. BOWERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court has been advised that defendants intend to proceed to trial in this matter. In order to schedule the trial at a time convenient for the parties and the Court,

IT IS ORDERED that trial of this matter is rescheduled for:

**Wednesday, May 24, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 24, 2006, and May 24, 2006, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court