IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR294 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO ROBLES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 176). The Court finds plaintiff should respond to said motion. Accordingly,

IT IS ORDERED that plaintiff shall have until **September 26, 2008,** to file a response to defendant's motion.

DATED this 11th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court