IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:05CR294 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO ROBLES, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) The clerk of court shall strike defendant's motion for summary judgment with memorandum and affirmation (Filing No. 191) from the record;

2) Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 176) is denied;

3) Defendant's motion to stay habeas proceeding without prejudice (Filing No. 180) and motion for status (Filing No. 197) are denied as moot.

DATED this 17th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court