IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR294 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO ROBLES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's leave to interlocutory appeal (Filing No. 202). The Court has reviewed the file and finds a certificate of appealability will not be issued. Accordingly,

      IT IS ORDERED that no certificate of appealability is issued as petitioner has failed to raise a substantial constitutional issue.

      DATED this 13th day of May, 2009.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court